FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 NOV -4 PM 2: 54
DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| JESSICA ROSE BALLARD, | 10-31625 RKM  11-31652 BC |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below was never cashed or returned to the trustee. The check was stale-dated and the trustee placed a stop payment on the check.

**DEBTOR & ADDRESS (last known)**         **CHECK AMOUNT**

Jessica Rose Ballard                                      $2.50
440 West 900 South, #10
Salt Lake City, UT  84101

The address listed above constitutes the last known address in question. The check in the amount of $2.50 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 4 day of November, 2011.

Duane H. Gillman, Trustee

SLC_967395.1